standard

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates to:**

| | |
|---|---|
| *Meghan Carbonneau v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11248-DRH |
| *Shamarcus Grayson v. Bayer Corporation, et al.* | No. 10-cv-11798-DRH |
| *Jessica Johnson v. Bayer Corporation, et al.* | No. 10-cv-10377-DRH |
| *Marisa H. Beachdell v. Bayer Corporation, et al.* | No. 12-cv-11564-DRH |
| *Michelle Cammarano v. Bayer Corporation, et al.* | No. 10-cv-12525-DRH |
| *Marianne Cassano v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13039-DRH |
| *Andrea Crowley v. Bayer Corporation, et al.* | No. 10-cv-12486-DRH |
| *Tara Eliassof v. Bayer Corporation, et al.* | No. 10-cv-13784-DRH |
| *Candy M. Emerson v. Bayer Corporation, et al.* | No. 10-cv-13785-DRH |
| *Erisha Erickson v. Bayer Corporation, et al.* | No. 10-cv-11080-DRH |
| *Samantha Galvez v. Bayer Corporation, et al.* | No. 11-cv-10395-DRH |
| *Jessica Graham v. Bayer Corporation, et al.* | No. 10-cv-11125-DRH |
| *Rochelle Hitchings v. Bayer Corporation, et al.* | No. 11-cv-10243-DRH |
| *Christina Jaskowiak v. Bayer Corporation, et al.* | No. 10-cv-13037-DRH |
| *Cindy Lichon v. Bayer Corporation, et al.* | No. 10-cv-13045-DRH |
| *Danette M. Lotta-Commanda v. Bayer Corporation, et al.* | No. 13-cv-10906-DRH |

| | |
|---|---|
| *Laurie A. Merkel v. Bayer Corporation, et al.* | No. 10-cv-13064-DRH |
| *Amy Merrill v. Bayer Corporation, et al.* | No. 11-cv-10703-DRH |
| *Nicole L. Meyers v. Bayer Corporation, et al.* | No. 12-cv-10402-DRH |
| *Annlyn Michaloski v. Bayer Corporation, et al.* | No. 11-cv-11044-DRH |
| *Latoya Perkins v. Bayer Corporation, et al.* | No. 10-cv-11135-DRH |
| *Christina M. Ross v. Bayer Corporation, et al.* | No. 11-cv-11039-DRH |
| *Darlene Rudy v. Bayer Corporation, et al.* | No. 11-cv-10926-DRH |
| *Darla Smith v. Bayer Corporation, et al.* | No. 11-cv-10709-DRH |
| *Jennifer A. Tiburzi v. Bayer Corporation, et al.* | No. 12-cv-10740-DRH |
| *Penny L. Tirpak v. Bayer Corporation, et al.* | No. 14-cv-10096-DRH |
| *Alejandrina Toledo v. Bayer Corporation, et al.* | No. 11-cv-11159-DRH |
| *Laura Vivenzio v. Bayer Corporation, et al.* | No. 11-cv-10841-DRH |
| *Janet Warren v. Bayer Corporation, et al.* | No. 10-cv-13837-DRH |
| *Jill C. Weidmann v. Bayer Corporation, et al.* | No. 10-cv-11127-DRH |
| *Erin Wermuth v. Bayer Corporation, et al.* | No. 10-cv-13839-DRH |
| *Jean Ziccarelli v. Bayer Corporation, et al.* | No. 11-cv-11163-DRH |
| *Madison Warder v. Bayer Pharma AG, et al.* | No. 13-cv-10583-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 26, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

BY:  /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.08.28
14:12:37 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT

3